

# UNDER SEAL

## Exhibit A

| Domains | |
|---|---|
| | aaflydd.com |
| | aaapplyhh.com |
| | flydiraa.com |
| | directaase.com |
| | aadirectee.com |
| | aadirecthh.com |
| | amairll.com |
| | OneWorldAA.com |
| | aaworldwidedirect.com |
| | flyaaow.com |
| | aaflydirect.com |
| | flyaaww.com |
| | aairone.com |
| | aaflyone.com |
| | airdiroi.com |
| | oneworldaae.com |
| | oneworldaai.com |
| | oneworldaav.com |
| | oneaadire.com |
| | aaesue.com |
| | aalld.com |
| | aallf.com |
| | aaseria.com |
| | aawsou.com |
| | airdirio.com |
| | amerairoo.com |
| | ameriairee.com |
| | ameriairss.com |
| | amerieo.com |
| | amerioe.com |
| | appaadir.com |
| | appdiraa.com |
| | darssuo.com |
| | directaace.com |
| | directaaci.com |
| | aaesuo.com |
| | aaserie.com |
| | airdiroi.com |
| | ameriairuu.com |
| | directaaco.com |
| | suwour.com |
| | aaflyhr.com |
| | aairdir.com |

|  | onsuoi.com<br>skyaadi.com<br>flydirectaa.com<br>onedirectaae.com |
|---|---|
| **Associated Emails** | george.wilson@flydiraa.com<br>george.wilson@directaase.com<br>george.wilson@aadirectee.com<br>george.wilson@aadirecthh.com<br>george.wilson@amairll.com<br>george.wilson@OneWorldAA.com<br>george.wilson@flyaaow.com<br>george.wilson@aaflydirect.com<br>george.wilson@skyaadi.com<br>peter.harrington@airdiroi.com<br>peter.harrington@flydirectaa.com<br>peter.harrington@directaaci.com<br>peter.harrington@oneworldaae.com<br>peter.harrington@oneaadire.com<br>peter.harrington@onedirectaae.com |