Sealed

# United States of America

## United States Patent and Trademark Office

## American 

**Reg. No. 5,288,639**

**Registered Sep. 19, 2017**

**Int. Cl.: 35, 39**

**Service Mark**

**Principal Register**

American Airlines, Inc. (DELAWARE CORPORATION)
4333 Amon Carter Boulevard
Fort Worth, TX 76155

CLASS 35: Sales promotion; promoting the goods and services of others by means of loyalty program, discount program, and an incentive awards program whereby purchase points are earned or awarded for purchases made from vendor subscribers or travel conducted by member subscribers which can then be redeemed for merchandise and travel; online retail store services featuring gift cards and private club membership; promoting the goods and services of others by means of providing an on-line shopping mall with links to the retail web sites of others in the fields of books, computers, software, office supplies, consumer electronics, music, sporting and recreational equipment, gifts, travel items, apparel, jewelry, health and beauty, toys, travel, home and garden-related items, and general retail merchandise

FIRST USE 1-21-2013; IN COMMERCE 1-21-2013

CLASS 39: Air transport of passengers, cargo, and freight; providing travel agency services, namely, providing travel reservation services for others, namely, coordinating travel arrangements for individuals and for groups, air transportation reservation services for others, vehicle reservation services for others, cruise reservation services for others and vacation reservation services by means of a global computer network, namely, coordinating travel arrangements for individuals and for groups; providing information in the field of travel by means of a global computer network

FIRST USE 1-21-2013; IN COMMERCE 1-21-2013

The mark consists of the word "AMERICAN" to the left of a stylized eagle with shaded wings.

OWNER OF U.S. REG. NO. 0514294, 1845693, 2381172

SEC. 2(F) As to "AMERICAN"

SER. NO. 86-898,569, FILED 02-05-2016
KAREN DINDAYAL, EXAMINING ATTORNEY



*Joseph Matal*

Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

Int. Cl.: 39

Prior U.S. Cl.: 105

**United States Patent and Trademark Office**

Renewal

Reg. No. 514,294
Registered Aug. 23, 1949
OG Date Nov. 21, 1989

## SERVICE MARK
### PRINCIPAL REGISTER

# *AMERICAN AIRLINES*

AMERICAN AIRLINES, INC. (DELA-
WARE CORPORATION)
P.O. BOX 619616
DALLAS/FT. WORTH, TX 75261

APPLICANT MAKES NO CLAIM IN
THE REGISTRATION TO THE WORD
"AIRLINES" APART FROM THE MARK
SHOWN, RESERVING, HOWEVER, ALL
OTHER RIGHTS IN OR TO THE SAME.

SEC. 2(F).

FOR: AIR TRANSPORT OF PASSEN-
GERS AND FREIGHT, IN CLASS 105
(INT. CL. 39).

FIRST USE 4-0-1934; IN COMMERCE
4-0-1934.

SER. NO. 562,240, FILED 7-27-1948.

*In testimony whereof I have hereunto set my hand
and caused the seal of The Patent and Trademark
Office to be affixed on Nov. 21, 1989.*

COMMISSIONER OF PATENTS AND TRADEMARKS

Registered Aug. 23, 1949

# Registration No. 514,294

## PRINCIPAL REGISTER
### Service Mark
### Section 2 (f)

# UNITED STATES PATENT OFFICE

American Airlines, Inc., New York, N. Y.

**Act of 1946**

Application July 27, 1948, Serial No. 562,240

## *AMERICAN AIRLINES*

**(Statement)**

American Airlines, Inc., a corporation duly organized under the laws of the State of Delaware, having its principal place of business at 100 East 42nd Street, New York, New York, has adopted and is using the service mark shown in the accompanying drawing, for AIR TRANSPORT OF PASSENGERS AND FREIGHT, in Class 55, Services, and presents herewith five photographs showing the said mark as used in connection with the sale or advertising of such services, the said mark being used as follows: on aircraft and other mobile equipment, on letterheads, advertising pamphlets, leaflets, tickets and timetables, and generally in applicant's advertising, promotional and performance activities pertaining to such services; and requests that the same be registered in the United States Patent Office on the Principal Register in accordance with section 2(f) of the act of July 5, 1946. Applicant makes no claim in the registration to the word "Airlines" apart from the mark shown, reserving, however, all other rights in or to the same.

The word "American" was first used in the sale or advertising of services and the services rendered in commerce among the several States which may lawfully be regulated by Congress in March 1930 by American Airways, Inc., a Delaware Corporation, applicant's predecessor. The service mark in the form shown in the drawing was first used in April 1934 and first used in the sale or advertising of services and the services rendered in commerce among the several States which may lawfully be regulated by Congress in April 1934.

AMERICAN AIRLINES, INC.,
By WM. J. HOGAN,
*Treasurer.*

**(Declaration)**

R. E. S. Deichler, being duly sworn, deposes and says that he is a vice president of American Airlines, Inc., the applicant named in the foregoing statement, that he believes that said corporation is the owner of the service mark herein sought to be registered which is in use in commerce among the several States and between foreign nations and the United States; that the said mark has become distinctive of the services of applicant and its related companies described below, having been in exclusive and continuous use by applicant and said related companies in said commerce for more than five years next preceding the date of the filing of this application; that no other person, firm, corporation or association, to the best of his knowledge and belief, has used or has the right to use said mark in commerce which may lawfully be regulated by Congress either in the identical form thereof, or in such near resemblance thereto as might be calculated to deceive, save and except use thereof in commerce between foreign nations and the United States by American Overseas Airlines, Inc., a corporation of Delaware, and American Airlines de Mexico, S. A., a corporation of Mexico, each of which is controlled by applicant in respect to the nature and quality of the services in connection with which said mark is used; that the drawing and description truly represent the mark sought to be registered; that the photographs show the said mark as actually used in connection with the sale or advertising of services; and that the facts set forth in the statement are true.

AMERICAN AIRLINES, INC.,
By R. E. S. DEICHLER,
*Vice President.*

Int. Cl.: 25

Prior U.S. Cl.: 39

Reg. No. 1,845,693

## United States Patent and Trademark Office
Registered July 19, 1994

### TRADEMARK
### PRINCIPAL REGISTER

# AmericanAirlines

AMERICAN AIRLINES (DELAWARE CORPO-
RATION)
4333 AMON CARTER BLVD.
FORT WORTH, TX 76155

FOR: CLOTHING; NAMELY, MEN'S,
WOMEN'S AND CHILDREN'S SHIRTS, T-
SHIRTS, CAPS, PANTS, JACKETS, SHORTS,
SWEAT PANTS AND SWEATSHIRTS, IN
CLASS 25 (U.S. CL. 39).

FIRST USE 2-1-1987; IN COMMERCE
2-1-1987.

OWNER OF U.S. REG. NOS. 154,294, 1,534,685
AND OTHERS.

SER. NO. 74-408,811, FILED 7-6-1993.

DOMINIC J. FERRAIUOLO, EXAMINING AT-
TORNEY

# United States of America

## United States Patent and Trademark Office

# AMERICAN AIRLINES

**Reg. No. 4,939,082**

**Registered Apr. 19, 2016**

**Int. Cls.: 35, 37, 39, 41 and 43**

**SERVICE MARK**

**PRINCIPAL REGISTER**

AMERICAN AIRLINES, INC. (DELAWARE CORPORATION)
4333 AMON CARTER BOULEVARD
FORT WORTH, TX 76155

FOR: SALES PROMOTION; PROMOTING THE GOODS AND SERVICES OF OTHERS BY MEANS OF A LOYALTY PROGRAM, DISCOUNT PROGRAM, AND AN INCENTIVE AWARDS PROGRAM WHEREBY PURCHASE POINTS ARE EARNED OR AWARDED FOR PURCHASES MADE FROM VENDOR SUBSCRIBERS OR TRAVEL CONDUCTED BY MEMBER SUBSCRIBERS WHICH CAN THEN BE REDEEMED FOR MERCHANDISE AND TRAVEL; ONLINE RETAIL STORE SERVICES FEATURING GIFT CARDS AND PRIVATE CLUB MEMBERSHIP; PROMOTING THE GOODS AND SERVICES OF OTHERS BY MEANS OF PROVIDING AN ON-LINE SHOPPING MALL WITH LINKS TO THE RETAIL WEB SITES OF OTHERS IN THE FIELD OF BOOKS, COMPUTERS, SOFTWARE, OFFICE SUPPLIES, CONSUMER ELECTRONICS, MUSIC, SPORTING AND RECREATIONAL EQUIPMENT, GIFTS, TRAVEL ITEMS, APPAREL, JEWELRY, HEALTH AND BEAUTY, TOYS, TRAVEL, HOME AND GARDEN-RELATED ITEMS, AND GENERAL RETAIL MERCHANDISE, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 4-20-1981; IN COMMERCE 4-20-1981.

FOR: REPAIR AND MAINTENANCE OF AIRCRAFT, VEHICLES, AIRCRAFT-RELATED FACILITIES, BAGGAGE-RELATED FACILITIES, AND AIR TRAVEL-RELATED FACILITIES; REFUELING OF AIRCRAFT AND LAND VEHICLES; GROUND SUPPORT SERVICES IN THE FIELD OF AIR TRANSPORTATION, NAMELY, AIRCRAFT DE-ICING SERVICES, AIRCRAFT INTERIOR AND EXTERIOR CLEANING, AND SANITATION, IN CLASS 37 (U.S. CLS. 100, 103 AND 106).

FIRST USE 0-0-1934; IN COMMERCE 0-0-1934.

FOR: AIR TRANSPORT OF PASSENGERS, CARGO, AND FREIGHT; PROVIDING TRAVEL AGENCY SERVICES, NAMELY, PROVIDING TRAVEL RESERVATION SERVICES FOR OTHERS, NAMELY, COORDINATING TRAVEL ARRANGEMENTS FOR INDIVIDUALS AND FOR GROUPS, PROVIDING AIR TRANSPORTATION RESERVATION SERVICES FOR OTHERS, PROVIDING VEHICLE RESERVATION SERVICES FOR OTHERS, PROVIDING CRUISE RESERVATION SERVICES FOR OTHERS, AND PROVIDING VACATION RESERVATION SERVICES BY MEANS OF A GLOBAL COMPUTER NETWORK, NAMELY, CO-ORDINATING TRAVEL ARRANGEMENTS FOR INDIVIDUALS AND FOR GROUPS;



Director of the United States
Patent and Trademark Office

**Reg. No. 4,939,082**   PROVIDING INFORMATION IN THE FIELD OF TRAVEL BY MEANS OF A GLOBAL COMPUTER NETWORK; PROVIDING LOUNGE FACILITIES, NAMELY, AIRPORT SERVICES FEATURING TRANSIT LOUNGE FACILITIES FOR PASSENGER RELAXATION AND ALSO INCLUDING SHOWER FACILITIES , IN CLASS 39 (U.S. CLS. 100 AND 105).

FIRST USE 0-0-1934; IN COMMERCE 0-0-1934.

FOR: PROVIDING ONLINE ELECTRONIC PUBLICATIONS, NAMELY, ONLINE MAGAZINES AND ONLINE NEWSLETTERS IN THE FIELD OF GENERAL INTEREST; PUBLICATION OF MAGAZINES; PROVIDING IN-FLIGHT ENTERTAINMENT SERVICES, NAMELY, PROVIDING PASSENGERS WITH ENTERTAINMENT SERVICES IN THE FORM OF PROVIDING IN-FLIGHT ENTERTAINMENT SERVICES, NAMELY, PROVIDING MOVIES, RADIO AND RADIO PROGRAMS, MUSIC, DOCUMENTARIES, MUSIC VIDEOS, NEWS AND INFORMATION IN THE FIELD OF SPORTS, LIVE AND RECORDED TELEVISION PROGRAMS, E-BOOKS, TABLETS, VIDEO AND ONLINE GAMES, AND CHILDREN'S PROGRAMMING, ALL BY MEANS OF AN INFLIGHT ENTERTAINMENT SYSTEM; PROVIDING IN-FLIGHT ENTERTAINMENT SERVICES, NAMELY, PROVIDING PASSEN-GERS WITH ENTERTAINMENT SERVICES IN THE FORM OF PROVIDING IN-FLIGHT ENTERTAINMENT SERVICES, NAMELY, PROVIDING MOVIES, RADIO AND RADIO PROGRAMS, MUSIC, DOCUMENTARIES, MUSIC VIDEOS, NEWS AND INFORMATION IN THE FIELD OF SPORTS, LIVE AND RECORDED TELEVISION PROGRAMS, E-BOOKS, TABLETS, VIDEO AND ONLINE GAMES, AND CHILDREN'S PROGRAMMING, ALL BY MEANS OF A PERSONAL COMPUTER OR TABLET, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 9-0-1997; IN COMMERCE 9-0-1997.

FOR: FOOD AND DRINK CATERING; PROVIDING FOOD AND BEVERAGE SERVICES IN CONJUNCTION WITH PROVIDING FACILITIES IN THE FORM OF A PRIVATE CLUB FOR CONDUCTING BUSINESS, MEETINGS AND CONFERENCES; PROVIDING CONFERENCE ROOM FACILITIES, FOOD AND BEVERAGE LOUNGE FACILITIES, AND AMENITIES, NAMELY, FOOD, DRINK, CATERING, AND RESTAURANT; PROVIDING HOTEL RESER-VATION AND COORDINATION SERVICES FOR OTHERS BY MEANS OF A GLOBAL COMPUTER NETWORK; TRAVEL AGENCY SERVICES, NAMELY, MAKING RESERVA-TIONS AND BOOKING FOR TEMPORARY LODGING; ENTERTAINMENT SERVICES, NAMELY, PROVIDING A GENERAL PURPOSE ARENA FACILITY FOR SPORTS, ENTER-TAINMENT, TRADE SHOWS, EXHIBITIONS AND CONVENTIONS, IN CLASS 43 (U.S. CLS. 100 AND 101).

FIRST USE 0-0-1939; IN COMMERCE 0-0-1939.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 514,294, 2,054,132 AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "AIRLINES", APART FROM THE MARK AS SHOWN.

SEC. 2(F).

SER. NO. 86-488,996, FILED 12-23-2014.

MARK SHINER, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office

# AMERICAN AIRLINES

**Reg. No. 5,279,167**

**Registered Sep. 05, 2017**

**Int. Cl.: 9, 38**

**Service Mark**

**Trademark**

**Principal Register**

American Airlines, Inc. (DELAWARE CORPORATION)
4333 Amon Carter Boulevard
Fort Worth, TX 76155

CLASS 9: Computer application software for mobile devices and handheld computers, namely, software for providing information in the fields of travel, transportation and loyalty award programs; Computer application software for mobile devices, namely, software for tracking and redeeming loyalty program awards; Computer application software for mobile devices and handheld computers, namely, software for ticketing passengers, checking reservations, and checking flight status

FIRST USE 7-00-2010; IN COMMERCE 7-00-2010

CLASS 38: Providing Internet access

FIRST USE 3-00-2009; IN COMMERCE 3-00-2009

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 0514294, 1845693, 2381172

SEC.2(F)

SER. NO. 86-898,575, FILED 02-05-2016
KAREN DINDAYAL, EXAMINING ATTORNEY



Joseph Matal

Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office

**American Airlines**
**AAdvantage**

**Reg. No. 5,360,206**

**Registered Dec. 19, 2017**

**Int. Cl.: 35, 39, 41, 43**

**Service Mark**

**Principal Register**

American Airlines, Inc. (DELAWARE CORPORATION)
4333 Amon Carter Blvd.
Fort Worth, TEXAS 76155

CLASS 35: promoting the goods and services of others by means of discount program and an incentive awards program whereby purchase points are awarded for purchases made by vendor subscribers or travel made conducted by member subscribers which can then be redeemed for merchandise and travel; online retail stores services featuring gift cards and private club membership; Promoting the goods and services of others by means of providing an on-line shopping mall with links to the retail web sites of others in the field of books, computers, software, office supplies, consumer electronics, music, sporting and recreational equipment, gifts, travel items, apparel, jewelry, health and beauty, toys, travel, home and garden-related items, and general retail merchandise

FIRST USE 4-00-2014; IN COMMERCE 4-00-2014

CLASS 39: air transport of passengers, cargo, and freight; providing travel agency services, namely, providing travel reservation services for others, air transportation reservation services for others, vehicle reservation services for others, cruise reservation services for others and vacation travel reservation services for others by means of an incentive rewards program

FIRST USE 4-00-2014; IN COMMERCE 4-00-2014

CLASS 41: providing online electronic publications, namely, an online magazine and an online newsletter

FIRST USE 4-12-2017; IN COMMERCE 4-12-2017

CLASS 43: providing food and beverage services for others and hotel accommodation services for others by means of an incentive rewards program, namely, providing hotel accommodation reservation services for others and providing restaurant reservation services for others

FIRST USE 4-00-2014; IN COMMERCE 4-00-2014

The color(s) red, white, blue, and gray is/are claimed as a feature of the mark.

The mark consists of the words "AMERICAN AIRLINES" appearing over the word "AADVANTAGE", appearing in a blue color, with a stylized eagle appearing to the right of the wording. The eagle appears with one blue wing and one red wing separated by a white and gray eagle head.

OWNER OF U.S. REG. NO. 0514294, 2187483, 1228737

No claim is made to the exclusive right to use the following apart from the mark as shown: "AIRLINES"

SEC. 2(F) as to "AMERICAN AIRLINES"



*Joseph Matal*

Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

SER. NO. 85-913,443, FILED 04-24-2013

# United States of America
## United States Patent and Trademark Office

## AMERICAN AIRLINES

**Reg. No. 5,592,865**

**Registered Oct. 30, 2018**

**Int. Cl.: 36**

**Service Mark**

**Principal Register**

American Airlines, Inc. (DELAWARE CORPORATION)
4333 Amon Carter Boulevard
Fort Worth, TEXAS 76155

CLASS 36: issuance of credit cards through a licensee

FIRST USE 12-31-1987; IN COMMERCE 12-31-1987

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 0514294, 1845693, 4939082

No claim is made to the exclusive right to use the following apart from the mark as shown: "AIRLINES"

SEC. 2(F) as to "AMERICAN"

SER. NO. 87-245,866, FILED 11-22-2016



Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# AMERICAN AIRLINES

**Reg. No. 5,573,314**

**Registered Oct. 02, 2018**

**Int. Cl.: 25, 28, 36**

**Service Mark**

**Trademark**

**Principal Register**

American Airlines, Inc. (DELAWARE CORPORATION)
4333 Amon Carter Boulevard
Fort Worth, TEXAS 76155

CLASS 25: Clothing, namely, shirts, jackets, fleece tops, t-shirts, sweatshirts, pants, shorts, skirts, sweat pants, pajamas, socks, and coats; headwear

FIRST USE 2-1-1987; IN COMMERCE 2-1-1987

CLASS 28: Toys, namely, model airplanes; scale model vehicles; plush toys; toy building blocks for model airplane sets; dolls, and dolls' clothes; playing cards

FIRST USE 2-1-1987; IN COMMERCE 2-1-1987

CLASS 36: Banking; real estate affairs, namely, real estate lending services; aircraft financing; credit union services; financial services for credit union members, namely, financial transactions in the nature of bank transactions, credit card transactions, debit transactions and credit transactions, consumer and mortgage lending, securities brokerage, mortgage and loan insurance services, and brokerage services, namely, real estate brokerage and real estate lending services; Issuance of credit cards through a licensee

FIRST USE 5-2-2000; IN COMMERCE 5-2-2000

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 0514294, 3834037, 4939082

SEC.2(F)

SER. NO. 87-601,621, FILED 09-08-2017



Director of the United States
Patent and Trademark Office

Int. Cl.: **16**

Prior U.S. Cls.: **2, 5, 22, 23, 29, 37, 38 and 50**

## United States Patent and Trademark Office

Reg. No. **3,087,712**
Registered May 2, 2006

## TRADEMARK
### PRINCIPAL REGISTER

## AMERICAN AIRLINES NEXOS

AMERICAN AIRLINES, INC. (DELAWARE COR-
PORATION)

4333 AMON CARTER BLVD.

FORT WORTH, TX 76155

FOR: SPANISH LANGUAGE MAGAZINES DIS-
TRIBUTED IN FLIGHT CONCERNING TRAVEL
AND TRAVEL RELATED TOPICS, IN CLASS 16 (U.S.
CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 3-0-1999; IN COMMERCE 3-0-1999.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

THE ENGLISH TRANSLATION OF THE SPANISH
WORDING "NEXOS" IS "CONNECTIONS".

SEC. 2(F).

SER. NO. 78-638,024, FILED 5-26-2005.

JUDITH HELFMAN, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office



**Reg. No. 3,834,037**

AMERICAN AIRLINES, INC. (DELAWARE CORPORATION)
4333 AMON CARTER BLVD.

**Registered Aug. 17, 2010** FORT WORTH, TX 76155

**Int. Cl.: 43**

FOR: ENTERTAINMENT SERVICES, NAMELY, PROVIDING AN ARENA FACILITY FOR SPORTS, ENTERTAINMENT, TRADE SHOWS, EXHIBITIONS AND CONVENTIONS, IN CLASS 43 (U.S. CLS. 100 AND 101).

**SERVICE MARK**

FIRST USE 8-19-2009; IN COMMERCE 8-19-2009.

**PRINCIPAL REGISTER**

OWNER OF U.S. REG. NOS. 514,294, 3,494,853 AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "ARENA", APART FROM THE MARK AS SHOWN.

THE MARK CONSISTS OF A DESIGN OF AN ARENA WITH THE WORDS "AMERICAN AIRLINES ARENA".

SER. NO. 77-842,757, FILED 10-6-2009.

DOMINIC J. FERRAIUOLO, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office

Int. Cl.: 39

Prior U.S. Cls.: 100 and 105

**United States Patent and Trademark Office**

Reg. No. 2,524,571
Registered Jan. 1, 2002

## SERVICE MARK
## PRINCIPAL REGISTER

## AMERICAN AIRLINES TRAVEL CENTER

AMERICAN AIRLINES, INC. (DELAWARE COR-
PORATION)
P.O. BOX 619696
M.D. 5675
DFW AIRPORT, TX 752619616

FOR: TRANSPORTATION OF PASSENGERS AND
CARGO BY AIR, IN CLASS 39 (U.S. CLS. 100 AND
105).

FIRST USE 6-1-2000; IN COMMERCE 6-1-2000.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "TRAVEL", APART FROM THE
MARK AS SHOWN.

SEC. 2(F) AS TO "AMERICAN AIRLINES".

SER. NO. 76-090,233, FILED 7-17-2000.