

*The Library's catalogs are currently affected by performance issues. Staff are investigating the problem. We apologize for any inconvenience to our users.*

| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = american airlines flight symbol
Search Results: Displaying 1 of 1 entries



**Labeled View**

### *American Airlines Flight Symbol.*

| | |
|---:|:---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002130520 / 2016-06-03 |
| **Application Title:** | American Airlines Flight Symbol. |
| **Title:** | American Airlines Flight Symbol. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | American Airlines, Inc., Transfer: By written agreement. Address: 4333 Amon Carter Boulevard, Fort Worth, TX, 76155, United States. |
| **Date of Creation:** | 2012 |
| **Date of Publication:** | 2013-01-17 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Hypermedia Solutions, LLC d/b/a FutureBrand, employer for hire; Domicile: United States. Authorship: 2-D artwork. |
| **Rights and Permissions:** | IP Administrator, MD 5675, 4333 Amon Carter Boulevard, Fort Worth, TX, 76155, United States, ip.administrator@aa.com |
| **Copyright Note:** | C.O. correspondence. |
| **Names:** | Hypermedia Solutions, LLC d/b/a FutureBrand<br>American Airlines, Inc. |



| Save, Print and Email (Help Page) |
|---|
| Select Download Format [Full Record ▼] [Format for Print/Save] |
| Enter your email address: [_____] [Email] |

4/28/2019 WebVoyage Record View 1

Help  Search  History  Titles  Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page