Sealed

**🔒 Page Vault**

| | |
|---|---|
| Document title: | Jobs at American Airlines |
| Capture URL: | https://jobs.aa.com/ |
| Page loaded at (UTC): | Tue, 28 Jun 2022 04:32:51 GMT |
| Capture timestamp (UTC): | Tue, 28 Jun 2022 04:34:02 GMT |
| Capture tool: | v7.14.1 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 3 |
| Capture ID: | c9eccd77-99b7-4394-9b62-c19e49c80809 |
| User: | AA-ReservationFraud |

PDF REFERENCE #:   e4EJcy7egYBv8cCEcTKm4W

View Profile   Need Some Assistance?

**American Airlines**   Careers ▾   Life at American ▾   Our People ▾

We are excited you're interested in beginning your career journey with us. All applications will only be submitted through this site, and we will never require payment at any time during the application process.



Kenji
National Account Manager  Pacific

# Choose a career that can take you places.



**FIND YOUR JOB**
We're on a journey. Won't you join us?
Search open jobs ›

**A DAY IN THE LIFE**
We are connected across the globe
Explore life at American Airlines ›





**PERKS AND BENEFITS**
With health and well-being benefits, travel perks and more, we've got you covered
Check out our total rewards package offered to team members ›

## Awards & Recognitions

 BEST PLACE TO WORK FOR


20 YEARS | 2002-2022
BEST



Search open jobs ›

### A DAY IN THE LIFE

We are connected across the globe

Explore life at American Airlines ›



### PERKS AND BENEFITS

With health and well-being benefits, travel perks and more we've got you covered.

Check out our total rewards package offered to team members ›



## Awards & Recognitions

  

## Discover a world of unlimited opportunity.



aa.com | Privacy Policy | View All Jobs | Pay Transparency Notice | Accessibility Policy | EEO - Affirmative Action Policy

Discrimination and all unlawful harassment (including sexual harassment) in employment is not tolerated. We encourage success based on our individual merits and abilities without regard to race, color, religion, national origin, gender, sexual orientation, gender identity, age, disability, marital status, citizenship status, military status, protected veteran status or employment status. We support and obey laws that prohibit discrimination everywhere we do business. American Airlines, Inc fully considers all qualified applicants including those with a criminal history. If extended an offer of employment by American Airlines, all U.S. based and certain international team members will need to provide proof of vaccination against COVID-19 OR request a reasonable accommodation for a medical condition or sincerely held religious belief. ©2019 American Airlines.