UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| AMERICAN AIRLINES, INC., a Delaware Corporation,<br><br>*Plaintiff,*<br><br>v.<br><br>The Individuals and Entities associated with the domains and email addresses identified in **Exhibit A**,<br><br>*Defendants.* | Case No. 22-CV-22080-KMW |

## NOTICE OF NON-OBJECTION

Plaintiff American Airlines, Inc. ("American") hereby files this Notice of Non-Objection, and states:

1. American filed the Complaint in this action on July 8, 2022. [ECF No. 1.] To date, American is the only party which has appeared in the case.

2. On May 5, 2023, American filed its Motion for Default Judgment against the Defendant(s) after serving them with notice of the pendency of this action. [ECF No. 39].

3. On February 16, 2024, this Court issued its Report and Recommendation on Plaintiff's Motion for Entry of Default Judgment (the "R&R"). [ECF No. 41.] The R&R recommended that this Court grant in part and deny in part American's Motion for Default Judgment. The R&R ordered that the parties shall file written objections within fourteen days, by March 1, 2024.

4. American does not object to the R&R and will not file any written objections to it.

Dated: March 1, 2024　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　AMERICAN AIRLINES, INC.

　　　　　　　　　　　　　　　　　　By: */s/ Benjamin Greenberg*
　　　　　　　　　　　　　　　　　　Benjamin Greenberg
　　　　　　　　　　　　　　　　　　Florida Bar No. 192732
　　　　　　　　　　　　　　　　　　Greenbergb@gtlaw.com
　　　　　　　　　　　　　　　　　　**GREENBERG TRAURIG, P.A.**
　　　　　　　　　　　　　　　　　　333 SE 2nd Avenue
　　　　　　　　　　　　　　　　　　Miami, FL  33131
　　　　　　　　　　　　　　　　　　Telephone: (305) 579-0850

　　　　　　　　　　　　　　　　　　Cameron M. Nelson (admitted *Pro Hac Vice*)
　　　　　　　　　　　　　　　　　　Marc Trachtenberg (admitted *Pro Hac Vice*)
　　　　　　　　　　　　　　　　　　Trachtenbergm@gtlaw.com
　　　　　　　　　　　　　　　　　　nelsonc@glaw.com
　　　　　　　　　　　　　　　　　　carrm@gtlaw.com
　　　　　　　　　　　　　　　　　　**GREENBERG TRAURIG, LLP**
　　　　　　　　　　　　　　　　　　77 W Wacker Drive, Suite 3100
　　　　　　　　　　　　　　　　　　Chicago, IL 60601
　　　　　　　　　　　　　　　　　　Telephone: (312) 456-8400

　　　　　　　　　　　　　　　　　　Nathan J. Muyskens (admitted Pro Hac Vice)
　　　　　　　　　　　　　　　　　　muyskensn@gtlaw.com
　　　　　　　　　　　　　　　　　　Greenberg Traurig, LLP
　　　　　　　　　　　　　　　　　　2101 L St. NW, Suite 1000
　　　　　　　　　　　　　　　　　　Washington, DC 20037
　　　　　　　　　　　　　　　　　　Telephone:  (202) 331-3100

　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff American Airlines, Inc.*