UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 22-22080-CV-WILLIAMS

AMERICAN AIRLINES, INC.,

    Plaintiff,

v.

THE INDIVIDUALS AND ENTITIES
ASSOCIATED WITH THE DOMAINS AND
EMAIL ADDRESSES IDENTIFIED IN
EXHIBIT A,

    Defendants.

_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Eduardo I. Sanchez's Report and Recommendation (DE 41) ("***Report***") on Plaintiff's Motion for Entry of Default Judgment (DE 39) ("***Motion***"). In the Report, Judge Sanchez recommends that the Court grant in part and deny in part Plaintiff's Motion. (DE 41 at 20.) No Party filed objections to the Report[1] and the time to file objections has passed.

Upon an independent review of the Report, the record, and applicable case law, it is **ORDERED AND ADJUDGED** that:

1. The Report (DE 41) is **AFFIRMED AND ADOPTED**.

2. Plaintiff's Motion (DE 39) is **GRANTED IN PART AND DENIED IN PART**.

3. The Court will separately enter an order of final default judgment.

---

[1] Plaintiff American Airlines, Inc. filed a Notice of Non-Objection on March 1, 2024. (DE 42.)

**DONE AND ORDERED** in Chambers in Miami, Florida, on this <u>5th</u> day of March, 2024.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE